# EXHIBIT 3

| | | |
|---|---|---|
| DOCKET NO.: FST CV-16-6029906 S | : | SUPERIOR COURT |
| | : | |
| ELIZABETH TIGANI | : | J.D. OF STAMFORD/NORWALK |
| | : | |
| V. | : | AT STAMFORD |
| | : | |
| WESTCHESTER MEDICAL GROUP, P.C.,<br>SARA B. ELIAS AND GREENWICH HOSPITAL | :<br>: | <br>MARCH 23, 2018 |

**OFFER OF COMPROMISE**

Pursuant to Gen. Stats. § 52-192a and Practice Book § 17-14, plaintiff Elizabeth Tigani hereby makes an Offer of Compromise to the defendant Westchester Medical Group, P.C. in the amount of One Million Two Hundred Thousand ($1,200,000.00) Dollars.

PLAINTIFF ELIZABETH TIGANI,

BY *<u>/s/ DAVID S. GOLUB Juris No. 023810</u>*

DAVID S. GOLUB
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
STAMFORD, CT 06901
Tel. (203) 325-4491
Fac. (203) 325-3749
Email: dgolub@sgtlaw.com

# CERTIFICATION

This hereby certify that a copy of the foregoing has been transmitted electronically, this 23rd day of March 23, 2018, to:

Kevin Shepherd Budge, Esq.
Benjamin W. Cheney, Esq.
Joseph E. Gasser, Esq.
Wiggin & Dana LLP
P.O. Box 1832
New Haven, CT 06508
kbudge@wiggin.com
bcheney@wiggin.com
jgasser@wiggin.com

and mailed, postage prepaid, to:

John Francis Costa, Esq.
Liam M. West, Esq.
Ryan Ryan Deluca LLP
707 Summer Street
Stamford, CT 06901,

and that written consent for electronic delivery was received from all counsel and pro se parties of records who were electronically served.

*/s/ DAVID S. GOLUB juris#023810*
DAVID S. GOLUB