# EXHIBIT 8

we had a very difficult delivery of the baby's head through the upper pelvis, and this injury was a result of efforts made to safely deliver the baby from its position.

**John F. Costa, Esq. | Bio**
**Partner**
**R|R|D Ryan Ryan Deluca LLP**
Direct: 203.541.5044
Cell: 203.722.9295
Email: jfcosta@ryandelucalaw.com
www.RyanDelucaLaw.com

STAMFORD | BRIDGEPORT | HARTFORD | NEW YORK

*The information contained in this email message is attorney/client privileged and/or confidential or proprietary, or trade secret information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the above number.*

**From:** Olga Kats-Chalfant <Olga_KatsChalfant@gbtpa.com>
**Sent:** Friday, May 17, 2024 10:19 AM
**To:** John F. Costa <jfcosta@RyanDelucaLaw.com>
**Cc:** Sara Elias <sara5875@yahoo.com>; Franz Bruno <fbruno@summithealth.com>; Ryan J. Cesario <rjcesario@ryandelucalaw.com>
**Subject:** Re: Tigani: Dr. Carpenter's testimony re: "surgical error"

What does it mean "this is an error but it has nothing to do with standard of care"?
Olga

On May 17, 2024, at 3:58 PM, John F. Costa <jfcosta@ryandelucalaw.com> wrote:

[EXTERNAL]

Olga, Here is what Dr. Carpenter said, at p. 142, re: "surgical error." This is what David Golub is now focusing on.

**Q. Okay. Is it your testimony that there was no requirement of the standard of care for Dr. Elias to know whether or not her hand was in the uterine incision but was puncturing a hole between the vaginal -- vaginal wall and uterine wall? Is that your testimony?**

**MR. COSTA:** Objection. You can answer.

**THE DEPONENT:** I've already answered the question. This has nothing to do with standard of care. It's an -- an injury that occurred -- obvious -- inadvertently during a surgical procedure. Obviously, the surgeon is required to know where the bladder is, what the uterine incision is capable of in terms of delivering a baby, how to elevate the baby's head. She's required to know how to do that. This is an error, but it has nothing to do with standard of care.

**BY**