# EXHIBIT 9

# Fw: Tigani Demand Letter

From: Sara Elias (sara5875@yahoo.com)

To: kevinende@yahoo.com

Date: Sunday, October 13, 2024 at 02:51 PM EDT

----- Forwarded Message -----
**From:** Sara Elias <sara5875@yahoo.com>
**To:** Kevin Ende <kevinende@yahoo.com>
**Sent:** Thursday, April 18, 2024 at 04:05:24 PM EDT
**Subject:** Fwd: Tigani Demand Letter

Sara Elias, MD
Dept of OB/GYN
Greenwich Hospital
Sent from my iPhone

Begin forwarded message:

**From:** "John F. Costa" <jfcosta@ryandelucalaw.com>
**Date:** April 18, 2024 at 3:43:12 PM EDT
**To:** Sara Elias <sara5875@yahoo.com>
**Cc:** "Ryan J. Cesario" <rjcesario@ryandelucalaw.com>
**Subject: Tigani Demand Letter**

Hi Sara,

See attached. Several developments. Awaiting notice for a conference with Westmed/Summit and the carrier about the attached. Also, the carrier intends to recommend the immediate retention of appellate counsel to assist in all pretrial motions with an eye towards handing the post-verdict appeal in the event of an adverse verdict. The main issue there is that we have been unable to identify a single case in the United States in which surrogate pregnancy was the damage claimed. In other words, this case has a ground breaking issue.

The appellate counsel we're thinking of, and who I recommended, is Wes Horton. I've worked with him in this same capacity on five prior cases. He is universally considered the top appellate attorney in CT having argued 138 times before the Connecticut Supreme Court and once before the US Supreme Court.

Once you've had a chance to process all this, feel free to give me a call.

Will keep you posted.

John

**John F. Costa, Esq. | Bio**

**Partner**

**R|R|D Ryan Ryan Deluca LLP**