# EXHIBIT 10

DOCKET NO. FST-CV-166029906-S | SUPERIOR COURT

SUPERIOR COURT STAMFORD-NORWALK JUDICIAL DISTRICT 2024 OCT 11 P 1: 46

ELIZABETH TIGANI | JUDICIAL DISTRICT OF STAMFORD

V.

WESTCHESTER MEDICAL GROUP, P.C.
AND SARA B. ELIAS

**PLAINTIFF'S VERDICT FORM**

We, the Jury, unanimously find in favor of the plaintiff Elizabeth Tigani as against the defendants ~~Western~~ Westchester Medical Group, P.C. and Dr. Sara B. Elias and award the following damages to the plaintiff:

1. **Economic Damages Awarded to Elizabeth Tigani:**

Past Economic Damages, not including Surrogacy Costs: $ 356,307.88

Surrogacy Costs Awarded: $ 383,821.03

Future Economic Damages: $ 634,683.07

**TOTAL ECONOMIC DAMAGES AWARDED**: $ 1,374,811.98

2. **Non-Economic Damages Awarded to Elizabeth Tigani**

Past/Future Physical Injuries: $ 5,000,000

Past/ Future Physical Pain and Suffering: $ 5,000,000

Past/Future Loss Enjoyment of Life's Physical Activities: $ 19,000,000

**TOTAL NON-ECONOMIC DAMAGES AWARDED**: $ 29,000,000

367.00

**TOTAL DAMAGES AWARDED TO ELIZABETH TIGANI:** $ 30,374,811.98

*Please sign and date in ink:*

THE FOREPERSON

Nova J. Hall
Nova J. Hall

DATE

10/11/2024

Verdict accepted and
recorded 1:12PM
on 10/11/2024
by Judge Ozalis.

Jonathan Barbosa
Assistant Clerk