**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SARA ELIAS, M.D.<br><br>Plaintiff,<br><br>v.<br><br>RYAN RYAN DELUCA, LLP,<br>JOHN F. COSTA AND<br>RYAN J. CESARIO<br><br>Defendants | : | CIVIL ACTION NO.<br>3:26-cv-01460-VAB<br><br><br><br><br><br>NOVEMBER 2, 2026 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to local Connecticut Rules of Civil Procedure, defendants Ryan Ryan Deluca, LLP, John Costa, and Ryan Cesario, by their attorneys represent that the individually named defendants reside in Connecticut. All persons who serve as partners of Ryan Ryan Deluca, LLP are Connecticut residents.

THE DEFENDANTS,
RYAN RYAN DELUCA, LLP,
JOHN F. COSTA AND
RYAN J. CESARIO

By: ***/s/ Stephen P. Fogerty***

Stephen P. Fogerty, Esq.
FLB Law, PLLC
Fed. Bar No. ct01398
33 Riverside Ave., 4th Floor
Westport, CT 06880
Phone: 203-635-2200
fogerty@flb.law

**CERTIFICATION OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on this 3rd day of November, 2026 and was served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

/s/ Stephen P. Fogerty
STEPHEN P. FOGERTY, ESQ.